1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Phyl Grace, Esq., SBN 171771
   Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  phylg@potterhandy.com
   Attorneys for Plaintiff
6

7  THE KARLIN LAW FIRM LLP
   L. Scott Karlin (SBN 90605)
8  Michael J. Karlin (SBN 272442)
   13522 Newport Avenue, Suite 201
9  Tustin, California 92780
   Telephone: (714) 731-3283
10 Facsimile: (714) 731-5741
   lsk@karlinlaw.com
11 mike@karlinlaw.com
   Attorneys for Defendant,
12 Long Beach Anglers, Inc.

13

14                UNITED STATES DISTRICT COURT
15                CENTRAL DISTRICT OF CALIFORNIA

16 ANTONIO FERNANDEZ,                )   Case No.: 2:19-CV-08809-MWF-MRW
17       Plaintiff,                  )
                                     )   **JOINT STIPULATION FOR**
18    v.                             )   **DISMISSAL PURSUANT TO**
                                     )   **F.R.C.P. 41 (a)(1)(A)(ii)**
19 LONG BEACH ANGLERS, INC., a       )
   California Corporation; and Does 1-10, )
20                                   )
         Defendants.                 )
21                                   )

1  Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
2  parties hereto that this action may be dismissed without prejudice as to all parties.
3
4  Dated: April 21, 2020           CENTER FOR DISABILITY ACCESS
5
6                                  By: /s/ Phyl Grace
                                        Phyl Grace
7                                       Attorneys for Plaintiff
8
9  Dated: April 21, 2020           THE KARLIN LAW FIRM LLP
10
11                                 By:  /s/ Michael J. Karlin
                                        Michael J. Karlin
12                                      Attorney for Defendant
                                        Long Beach Anglers, Inc.
13

17  **SIGNATURE CERTIFICATION**

19  I hereby certify that the content of this document is acceptable to Michael J. Karlin,
20  counsel for Long Beach Anglers, Inc., and that I have obtained authorization to affix his
21  electronic signature to this document.
22
23  Dated: April 21, 2020           CENTER FOR DISABILITY ACCESS
24
25                                  By: /s/ Phyl Grace
                                        Phyl Grace
                                        Attorneys for Plaintiff